```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

KENNETH D. HICE                                          PLAINTIFF

v.                      Case No. 09-2150

ARKANSAS DRIVER CONTROL;
ARKANSAS STATE POLICE, TROOP H
and ARKANSAS STATE TROOPER
GERRIT NEIHVS                                           DEFENDANTS

## ORDER

Now on this 14th day of December 2009, there comes on for consideration the report and recommendation filed herein on December 7, 2009, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 3). Also before the Court are Plaintiff's written objections (Doc. 4).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED on the grounds that the claims are frivolous, asserted against individuals who are immune from suit, or fail to state claims on which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**